# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 8, 2019

*By ECF*
Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-14-19

Re: *United States v. Jose Flores*, 18 Cr. 207 (ALC)

Dear Judge Carter:

With the consent of the government, I write to seek a brief adjournment of Mr. Flores' sentencing, currently scheduled for November 22, 2019, because I will be out of town on that date. I ask that sentencing be scheduled instead for December 11, 2019 at 11:00 A.M.

Thank you for your consideration of this application.

Respectfully submitted,

/s/ Julia Gatto
Julia Gatto
Assistant Federal Defender
212.417.8750

cc: AUSA Kyle Wirshba (via ECF)

The application is ✓ granted.
                    ☐ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: November 14, 2019
NY, New York